# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  09-cr-00326-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JESUS JIMENEZ-BAEZA,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter comes before the court *sua sponte*.  The Change of Plea Hearing set for November 25, 2009, is **VACATED** and **RESET** to **November 24, 2009**, at 1:15 p.m.; provided furthermore that the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: November 23, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.